# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| i2 Technologies, Inc., and <br> i2 Technologies US, Inc., <br>       Plaintiffs, <br> v. <br> Oracle Corporation, and <br> Oracle USA, Inc., <br>       Defendants. | Civil Action No. 6:09-cv-194 [LED] |

## ORDER GRANTING UNOPPOSED MOTION TO AMEND DISCOVERY ORDER

CAME ON FOR CONSIDERATION the Unopposed Motion by Defendants Oracle Corporation and Oracle USA, Inc. to Amend Discovery Order, amending the deadline for the parties to submit an Agreed Protective Order or their competing versions thereto.

The Court, having considered the parties' Unopposed Motion to Amend Discovery Order, hereby **GRANTS** said Motion. It is therefore

**ORDERED** that the deadline for the parties to submit an Agreed Protective Order or their competing versions thereto, be extended to and including December 8, 2009.

**So ORDERED and SIGNED this 1st day of December, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**