# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **i2 TECHNOLOGIES, INC. and** | § | |
| **i2 TECHNOLOGIES US, INC.** | § | |
| | § | |
| **Plaintiffs,** | § | **CASE NO. 609 CV 194** |
| | § | **PATENT CASE** |
| **vs.** | § | |
| | § | |
| **ORACLE CORPORATION and** | § | |
| **ORACLE AMERICA, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

As stated at the status conference and by the parties' agreement, i2 will proceed to *Markman* hearing and trial on five of its currently asserted patents and Oracle will proceed on one of its currently asserted patents. The Court **ORDERS** the parties to file a notice of which patents they are proceeding on by May 28, 2010. The Court **ORDERS** the parties to meet and confer on deadlines to integrate Oracle's patent into the existing Docket Control Order and to file a proposed amended Docket Control Order by June 4, 2010.

The Court also **ORDERS** the parties to meet and confer on whether the remaining patents will be held in abeyance or will proceed concurrently. If the patents proceed concurrently, they will be set for *Markman* hearing on April 7, 2011, pretrial hearing on October 20, 2011, jury selection on November 7, 2011, and trial on November 14, 2011. The Court **ORDERS** the parties to file a notice of abeyance or docket control order on these patents by June 4, 2010.

The Court **DENIES** i2's Motion to Sever (Docket No. 93) as moot.

**So ORDERED and SIGNED this 25th day of May, 2010.**

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**